UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANGELIA JACOBS,

    Plaintiff,

v.                                   Case No:  2:22-cv-32-JES-NPM

ALSCO, INC., a foreign
profit corporation,

    Defendant.

### ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #21) filed on April 7, 2022.  The parties have reached a settlement and have stipulated to the dismissal of the case.  The parties state that defendant has agreed to pay plaintiff's alleged unpaid overtime wages and liquidated damages in full, exclusive of attorneys' fees and costs.  The parties state that the overtime wage claims were not compromised.  As there was no compromise, no review of the settlement is necessary, Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982), and a case is otherwise deemed dismissed upon the filing of a stipulation for dismissal, Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __8th__ day of April 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record